UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
JAN 0 6 2009

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JAMES B. LINN,  Defendant. | 08-PO-40  ORDER OF DISMISSAL |

The Court having reviewed the Government's Motion to Dismiss, and good cause appearing therefor, it is hereby

ORDERED that the citation in the above-captioned matter is hereby dismissed.

Dated: Jan 6, 2009

BY THE COURT:

JOHN E. SIMKO
United States Magistrate Judge